

**Via Electronic Case Filing**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> The application is **GRANTED**. Discovery in this action is stayed through July 15, 2022. By **July 15, 2022**, the parties shall file a joint letter regarding the status of settlement discussions. If the parties have not reached a resolution by July 15, 2022, a revised discovery schedule will issue, and a default judgment may be entered against Defendant Sita Partners LLC. The Clerk of Court is respectfully directed to close the motion at Docket No. 70.
>
> Dated: July 6, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *UMB Bank, National Association v. Sita Partners LLC and Austin FBO Holdings, LLC,* Case No. 21 Civ. 10670 (LGS)

Dear Judge Schofield:

We represent defendant Austin FBO Holdings, LLC ("Austin FBO"), in the above-referenced action. We write i) to update the Court as to the proposed settlement in *REW Investments, Inc. v. Sita Partners, LLC,* No. 2019-08369 (Tex. D. Ct. Harris Cnty.) (the "Texas action"), an action pending in Texas state court in which Austin FBO is a plaintiff and Defendant Sita Partners LLC ("Sita"), is also a defendant; and ii) to request an extension, until July 15, 2022, of the July 5, 2022 deadline set by the Court in its June 21, 2022 Order, in order to enable the parties to the Texas action and this action to finalize the proposed settlement. Plaintiff UMB Bank, National Association, as Trustee for the Public Finance Authority Special Facility Revenue Bonds, Series 2018A and 2018B ("Plaintiff") consents to this request.[1]

In the Court's June 21, 2022 Order, the Court stayed discovery in this action until July 5, 2022, and set that date as the deadline for the parties to resolve this action, while also ruling that a default judgment may be entered against Sita if did not obtain representation by that date. To date, the parties to the Texas action and this action have exchanged multiple drafts of the settlement agreement and related documents. However, the parties require more time to finalize the agreement, which involve a significant number of issues and parties. Accordingly, Austin FBO requests that the Court extend the deadline in its June 21 Order until July 15, 2022, so that the various parties to both the Texas action and this action can finalize the settlement.

Respectfully submitted,

YANKWITT LLP
*Counsel for Defendant Austin FBO*

By: /s/ Ross E. Morrison
Ross E. Morrison

cc: All counsel of record (via ECF)

---

[1] Per the Court's May 18, 2022 Order, Sita is not currently represented by counsel in this action and cannot appear in this Court. (Dkt. No. 64).